IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| RUDY LARSEN et al., | ORDER OF RECUSAL |
| Plaintiffs, | |
| v. | Case No. 2:25-cv-963-AMA-JCB |
| SEAN D. REYES, et al., | |
| Defendants. | District Judge Ann Marie McIff Allen<br>Magistrate Judge Jared C. Bennett |

Judge Ann Marie McIff Allen hereby enters her voluntary recusal in this case and directs that it be reassigned pursuant to the applicable procedures.

DATED this 12th day of November 2025.

BY THE COURT:

Ann Marie McIff Allen
United States District Judge