# EXHIBIT 2

# (Motion to Seal Search Warrant Application)

TRINA A. HIGGINS, United States Attorney (#7349)
KAYTLIN V. BECKETT, Special Assistant United States Attorney (#16257)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:   (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| IN THE MATTER OF THE SEARCH WARRANT TO SEIZE AND SEARCH PROPERTY INVOLVED IN THE INVESTIGATION OF RUBICON CONTRACTING, LLC (RUBICON) PREVIOUSLY SEIZED BY THE UTAH ATTORNEY GENERAL'S OFFICE | SEALED     2:24mj1219 CMR<br>MOTION TO SEAL SEARCH WARRANT APPLICATION, AFFIDAVIT AND SEARCH WARRANT<br><br>Case No. |

The United States of America, by and through the undersigned Assistant United States Attorney, pursuant to DUCrim, Rule 41-1(a)(3) hereby moves the Court for an order sealing the above-captioned case, for good cause, and in the interests of justice until the earlier occurrence of either (1) a defendant making an initial appearance on criminal charges arising out of the investigation; (2) the termination of the investigation without any criminal charges; or (3) a period of one year from the entry of this order; and it is further. The adjoining search warrant,

1

application and affidavit regard an active investigation with at least one individual who remains at large; contains the identities of previously undisclosed, cooperating witnesses; and includes information pertaining to an active criminal investigation. Should the information contained in the search warrant, application, affidavit or attachments be made public it could endanger the investigation, identified victims and witnesses, and risk the destruction of evidence pertinent in the investigation.

DATED this 23rd day of December 2024.

TRINA A. HIGGINS
United States Attorney


/s/ *Kaytlin V. Beckett*_____