David W. Tufts (#8736)
Lyndon R. Bradshaw (#15097)
DENTONS DURHAM JONES PINEGAR P.C.
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
(801) 415-3000
david.tufts@dentons.com
lyndon.bradshaw@dentons.com

Stephen R. McAllister (*pro hac vice* forthcoming)
DENTONS U.S. LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
(816) 460-2400
stephen.mcallister@dentons.com

*Attorneys for Plaintiffs Rudy Larsen,*
*Jena Larsen, Rubicon Contracting,*
*LLC, Scandia Company, LLC, and*
*Smart Rain Systems, LLC*

Keith M. Woodwell (#7353)
Jake Taylor (#10840)
Katherine E. Pepin (#16925)
Vicki B. Zgodny (#19753)
CLYDE SNOW & SESSIONS
201 South Main Street, #2200
Salt Lake City, UT  84111
(801) 322-2516
kmw@clydesnow.com
jst@clydesnow.com
kep@clydesnow.com
vbz@clydesnow.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUDY LARSEN, an individual; JENA LARSEN, an individual; RUBICON CONTRACTING, LLC, a Utah limited liability company; SCANDIA COMPANY, LLC, a Utah limited liability company; and SMART RAIN SYSTEMS, LLC, a Utah limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>SEAN D. REYES, an individual; LEO LUCEY, an individual; MICHAEL ADAM JETER, an individual; and KAYTLIN VIRGINIA BECKETT, an individual,<br><br>        Defendants. | **NOTICE OF ERRATA CORRECTING A CITATION ERROR IN PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Case No. 2:25-cv-00963<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

Plaintiffs, through their undersigned counsel, submit this Notice of Errata to correct a citation error in their Opposition to Motion to Dismiss (ECF No. 40). In the second paragraph on page 25 of the Opposition, Plaintiffs stated the following:

> A supervisor who ratifies unconstitutional conduct after the fact may be held liable for that conduct. *See Youngs v. City of St. George*, 2019 WL 2994227, at *8 (D. Utah July 9, 2019).

The citation to *Youngs v. City of St. George*, 2019 WL 2994227, at *8 (D. Utah July 9, 2019), is an error.  The correct citation should be:

> A supervisor who ratifies unconstitutional conduct after the fact may be held liable for that conduct. *See Bryson v. City of Oklahoma City,* 627 F.3d 784, 788 (10th Cir. 2010); *Young v. Bd. Of Supervisors of Humphreys Cty*., 927 F.3d 898, 904 (5th Cir. 2019); *Larez v. City of Los Angeles,* 946 F.2d 630, 645-648 (9th Cir. 1991).

Plaintiffs' counsel apologizes for this error.

DATED:        March 12, 2026.                    /s/ David W. Tufts
                                                 DENTONS DURHAM JONES PINEGAR P.C.
                                                 David W. Tufts
                                                 Lyndon R. Bradshaw

                                                 DENTONS U.S. LLP
                                                 Stephen R. McAllister

                                                 CLYDE SNOW & SESSIONS
                                                 Keith M. Woodwell
                                                 Jake Taylor
                                                 Katherine E. Pepin
                                                 Vicki B. Zgodney

                                                 *Attorneys for Plaintiffs Rudy Larsen, Jena Larsen, Rubicon Contracting, LLC, Scandia Company, LLC, and Smart Rain Systems, LLC*

2

4903-9739-0487, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system and which sent electronic notification of the filing to counsel of record in this matter.

/s/ Kristin Hughes

3