# EXHIBIT 2

# EXHIBIT 2

## Steve Horvat

| | |
|---|---|
| **From:** | Tufts, David W. <david.tufts@dentons.com> |
| **Sent:** | Friday, March 13, 2026 4:41 PM |
| **To:** | Steve Horvat; Bradshaw, Lyndon |
| **Subject:** | RE: Larsen v Reyes et al - Opposition to Motion to Dismiss - Citation Error |

Steve,

As I explained, the citation you identified was an error.  I appreciate you bringing that to my attention.  The correct citations are recited below.
I apologize for any inconvenience or confusion this may have caused you.

Thanks,


David W. Tufts
Chair, Commercial Litigation Practice Group

+1 801 415 3000
Dentons Durham Jones Pinegar P.C. | Salt Lake City

---

**From:** Steve Horvat <shorvat@fabianvancott.com>
**Sent:** Thursday, March 12, 2026 3:01 PM
**To:** Tufts, David W. <david.tufts@dentons.com>; Bradshaw, Lyndon <lyndon.bradshaw@dentons.com>
**Subject:** RE: Larsen v Reyes et al - Opposition to Motion to Dismiss - Citation Error

**[WARNING: EXTERNAL SENDER]**

---

My apologies, David. I wasn't really asking you to provide additional authority allegedly in support of the substantive point in your opposition. (And I certainly was not inviting you to file an Errata citing three entirely new cases that were not cited in your original opposition.)  I simply was asking for the correct citation to *Youngs v. City of St. George* (D. Utah 2019), the case you cited on page 25 of your opposition.

Can you please give us the correct citation to the case you relied on in your opposition, i.e., *Youngs v. City of St. George*?  Alternatively, can you either give us a copy of the case, or else the case number and date of the previously cited decision so we can look it up on Pacer? We are entitled to see what that cited decision concerned.

If *Youngs v. City of St. George* (D. Utah 2019) exists, you should be able to provide this information easily and promptly. Accordingly, if you are not able to provide a correct citation, copy, or case number, we will be forced to conclude that you filed a memorandum to the Court that cited a case that does not actually exist.

As you know, with our reply memorandum due next Tuesday, time is of the essence. Therefore, please provide the correct citation, a copy of the *Youngs v. St. George* case, or other identifying information right away.

Thanks. I look forward to hearing back from you.

1

**Steve Horvat**

## FABIAN VANCOTT

Phone: 801.323.2257

---

**From:** Tufts, David W. <david.tufts@dentons.com>
**Sent:** Thursday, March 12, 2026 12:26 PM
**To:** Steve Horvat <shorvat@fabianvancott.com>; Bradshaw, Lyndon <lyndon.bradshaw@dentons.com>
**Subject:** RE: Larsen v Reyes et al - Opposition to Motion to Dismiss - Citation Error

Hi Steve,

Thanks for reaching out about this.  You are correct, that citation is an error.  The correct citation is:

> A supervisor who ratifies unconstitutional conduct after the fact may be held liable for that conduct. *See Bryson v. City of Oklahoma City*, 627 F.3d 784, 788 (10th Cir. 2010); *Young v. Bd. of Supervisors of Humphreys Cty.*, 927 F.3d 898, 904 (5th Cir. 2019); *Larez v. City of Los Angeles*, 946 F.2d 630, 645-648 (9th Cir. 1991).

Let me know if you need anything else.

David W. Tufts
Chair, Commercial Litigation Practice Group

+1 801 415 3000
Dentons Durham Jones Pinegar P.C. | Salt Lake City

---

**From:** Steve Horvat <shorvat@fabianvancott.com>
**Sent:** Thursday, March 12, 2026 10:14 AM
**To:** Tufts, David W. <david.tufts@dentons.com>; Bradshaw, Lyndon <lyndon.bradshaw@dentons.com>
**Subject:** RE: Larsen v Reyes et al - Opposition to Motion to Dismiss - Citation Error

**[WARNING: EXTERNAL SENDER]**

Counsel:

I'm just following up on this.

If you think this is better directed to the other lawyers on the caption, I can do that.

Thanks.

**Steve Horvat**

## FABIAN VANCOTT

Phone: 801.323.2257

---

**From:** Steve Horvat
**Sent:** Wednesday, March 11, 2026 1:05 PM
**To:** david.tufts@dentons.com; lyndon.bradshaw@dentons.com
**Subject:** Larsen v Reyes et al - Opposition to Motion to Dismiss - Citation Error

David and Lyndon:

I'm not able to locate one of the unpublished cases you cited in your opposition to our motion to dismiss.  Your opposition cites Youngs v City of St. George, 2019 WL 2994227 (D. Utah July 9, 2019).  That document does not come up when I search for it on Westlaw. Can you please double-check the citation to make sure it's correct? Alternatively, can you give me the case number so I can find it on Pacer?

(Or just send me a copy?)

Thanks.

## Stephen P. Horvat
Of Counsel
# FABIAN VANCOTT
Phone: 801.323.2257
www.fabianvancott.com
shorvat@fabianvancott.com
**95 South State Street, Suite 2300**
**Salt Lake City, UT  84111**

CAUTION: This email originated from outside the Fabian VanCott organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.
CAUTION: This email originated from outside the Fabian VanCott organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.