# EXHIBIT A

Case 2:25-cv-00963-HCN-JCB   Document 58-1   Filed 04/16/26   PageID.609   Page 1 of 5

Jason W. Hardin (8793)
Jeffery B. Setness (20026)
Stephen P. Horvat (6249)
J. Mason Kjar (14227)
Trevor J. Adkins (18297)
FABIAN VANCOTT
95 South State Street, Ste. 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
jhardin@fabianvancott.com
jsetness@fabianvancott.com
shorvat@fabianvancott.com
mkjar@fabianvancott.com
tadkins@fabianvancott.com

Bradley R. Blackham (8703)
Andrew R. Hopkins (13748)
Assistant Utah Attorneys General
Derek E. Brown (10476)
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
bblackham@agutah.gov
arhopkins@agutah.gov

*Attorneys for Defendants*

---

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

---

| | |
|---|---|
| RUDY LARSEN, an individual; JENA LARSEN, an individual; RUBICON CONTRACTING, LLC, a Utah limited liability company; SCANDIA COMPANY, LLC, a Utah limited liability company; and SMART RAIN SYSTEMS, LLC, a Utah limited liability company,,<br><br>        Plaintiffs,<br><br>v.<br><br>SEAN D. REYES, an individual; LEO LUCEY, an individual; MICHAEL ADAM JETER, an individual; and KAYTLIN VIRGINIA BECKETT, an individual,<br><br>        Defendants. | **SUPPLEMENTAL REPLY MEMORANDUM SUPPORTING MOTION TO DISMISS**<br><br><br><br>Case No. 2:25-CV-00963-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

Defendants submit this Supplemental Reply Memorandum supporting their Motion to Dismiss.

## BACKGROUND

1. Defendants filed their Motion to Dismiss on February 11, 2026. (Dkt. 37.)

2. Defendants filed their Reply Supporting Motion to Dismiss on March 17. (Dkt. 50.)

3. In Section VI(C) of the Argument in their Motion and in Section VI(B) of their Reply, Defendants argued that Plaintiffs' claim for malicious prosecution fails as a matter of law because the prosecution did not terminate in the Plaintiffs' favor. (Dkt. 37 at 27-29; Dkt. 50 at 27-29.)

4. The Reply was accompanied by an Addendum that presented a table summarizing the grounds for dismissal of each claim against each Defendant. "No … Favorable Termination" was included as a ground for dismissal of the malicious prosecution claim against all four Defendants.

5. On April 11, the Plaintiffs presented a redacted document (dated April 8) suggesting that the federal government may have closed the federal investigation of Plaintiffs and declined to prosecute. (Dkt. 56.)

6. Based on this, Defendants have decided to no longer seek dismissal of Plaintiffs' malicious prosecution claim under Rule 12(b)(6) based on a failure to allege favorable termination.

7. Defendants therefore ask the Court to disregard, for purposes of the Motion to Dismiss, Argument Section VI(C) of the Motion and Argument Section VI(B) of the Reply.

8. Moreover, Defendants submit the attached Summary of Grounds for Dismissal table to replace the one appended to their Reply.

9. Defendants expressly reserve all rights regarding this issue, including specifically the rights to seek discovery of a copy of the non-redacted notice of the declination and other

2

discovery regarding the state and federal investigation and to contest the favorable termination element of the malicious prosecution claim in future proceedings, including but not limited to summary judgment proceedings.

10.    Defendants reaffirm all other grounds for dismissal presented in the Motion and Reply.

DATED this 16th day of April, 2026.

**FABIAN VANCOTT**

*/s/ Stephen P. Horvat*
Jason W. Hardin
Jeffery B. Setness
Stephen P. Horvat
J. Mason Kjar
Trevor J. Adkins

*Attorneys for Defendants*

**(REVISED) ADDENDUM**

**SUMMARY OF GROUNDS FOR DISMISSAL**

|  | Claim 1: Illegal Search | Claim 2: Illegal Seizure | Claim 3: Media Presence | Claim 4: Malicious Prosecution |
|---|---|---|---|---|
| Beckett | Prosecutorial Immunity (Argument Section I)<br><br>Arguable Probable Cause ("PC") (IV) | Prosecutorial Immunity (I)<br><br>Arguable PC (IV) | No personal involvement (III)<br><br>Qualified Immunity (III) | Prosecutorial Immunity (I)<br><br>Arguable PC (IV)<br><br>No Seizure (VI) |
| Reyes | No personal involvement (II)<br><br>Arguable PC (IV) | No personal involvement (II)<br><br>Arguable PC (IV) | No personal involvement (II, III)<br><br>Qualified Immunity (III) | Prosecutorial Immunity (I)<br><br>No personal involvement (II)<br><br>Arguable PC (IV)<br><br>No Seizure (VI) |
| Lucey | No personal involvement (V)<br><br>Arguable PC (IV) | No personal involvement (V)<br><br>Arguable PC (IV) | Qualified Immunity (III) | No personal involvement (V)<br><br>Arguable PC (IV)<br><br>No Seizure (VI) |
| Jeter | Arguable PC (IV) | Arguable PC (IV) | No personal involvement (III)<br><br>Qualified Immunity (III) | Arguable PC (IV)<br><br>No Seizure (VI) |

4