# EXHIBIT B

Case 2:25-cv-00963-HCN-JCB   Document 58-2   Filed 04/16/26   PageID.614   Page 1 of 2

**From:** "Nolan, William (CRM)" <William.Nolan@usdoj.gov>
**Date:** April 8, 2026 at 3:56:20 AM HST
**To:** Jake Taylor <JST@clydesnow.com>
**Subject: RE: Kaytlin Beckett matter**

Good morning, Mr. Taylor.  My name is William Nolan, and I am a Deputy Chief in DOJ's Human Rights and Special Prosecutions Section overseeing our Domestic Human Trafficking work.  The email below was forwarded to me.  Our office's investigation of the Rubicon matter (which was premised on allegations of visa fraud and forced labor) is closed.  We declined prosecution, as has the U.S. Attorney's Office for the District of Utah.  I have contacted HSI Supervisory Special Agent Nick Minckler and instructed that he gather and prepare the seized items in question for return.  Please contact SSA Minckler directly to coordinate a convenient date and time for the return of the property.  His email is nicholas.j.minckler@hsi.dhs.gov, and his cell is 520-980-1766.

Please note, however, that the government will be unable to return two items: (1) A black Toshiba external hard drive belonging to A███ P███; and (2) A███ P███'s personal cell phone, a black iphone.  As to those two items, forensic analysis has indicated the ███████ ██████████ consistent with ████████████████.

Thank you,



**William E. Nolan**
**Deputy Chief**
**Human Rights and Special Prosecutions Section**
U.S. Department of Justice, Criminal Division

Email:  William.Nolan@usdoj.gov
Phone: 202-598-9593