# EXHIBIT C

Case 2:25-cv-00963-HCN-JCB    Document 58-3    Filed 04/16/26    PageID.616    Page 1 of 2

## Steve Horvat

| | |
|---|---|
| **From:** | Tufts, David W. <david.tufts@dentons.com> |
| **Sent:** | Saturday, April 11, 2026 4:58 PM |
| **To:** | Jason W. Hardin |
| **Cc:** | Jeffrey Setness; Steve Horvat; Mason Kjar; Trevor Adkins; arhopkins@agutah.gov; bblackham@agutah.gov; Bradshaw, Lyndon; McAllister, Stephen R.; Keith M. Woodwell; Jake Taylor; kep@clydesnow.com; Vicki Zgodny |
| **Subject:** | Larsen et al. v. Reyes et al. |
| **Attachments:** | DOJ Decline Notice_Redacted.pdf |

Jason,

I write to make you and your team aware that DOJ has given a declination letter confirming that the purported federal investigation is closed.  Copy attached.  As such, the arguments and factual assertions in your Motion to Dismiss (ECF 37) and Reply Supporting Motion to Dismiss (ECF 50) that the criminal matter is not favorably terminated are (i) not presented for a proper purpose (see Fed. R. Evid. 11(b)(1)), (ii) not warranted by existing law, or a nonfrivolous argument for extending, modifying or reversing existing law (*id.* 11(b)(2)), (iii) lacking in evidentiary support (*id.* 11(b)(3)), and (iv) not warranted on the evidence (*id.* 11(b)(4)).

We are giving you and your team this notice so you may have an opportunity to withdraw these flawed contentions.  Please do so as soon as possible, but no later than Wednesday, April 15, 2026.

Thanks,


David W. Tufts

Chair, Commercial Litigation Practice Group

+1 801 415 3000
david.tufts@dentons.com   |   Bio   |   Website
Dentons Durham Jones Pinegar P.C. | 111 South Main Street, Suite 2400, Salt Lake City, UT 84111


Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.


CAUTION: This email originated from outside the Fabian VanCott organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.