# EXHIBIT A

# EXHIBIT A

**Steve Horvat**

| | |
|---|---|
| **From:** | Tufts, David W. <david.tufts@dentons.com> |
| **Sent:** | Tuesday, April 21, 2026 5:32 PM |
| **To:** | Steve Horvat |
| **Cc:** | Bradshaw, Lyndon; McAllister, Stephen R.; Keith M. Woodwell; Jake Taylor; kep@clydesnow.com; Vicki Zgodny; Jason W. Hardin; Bradley Blackham; Andrew Hopkins |
| **Subject:** | RE: Larsen v Reyes et al - Your Request for Judicial Notice |

Steve,

Thanks for reaching out.  We decline to provide you with an unredacted copy.  Plaintiffs are not seeking judicial notice of any of the redacted portions of the document.  Also, those portions are not relevant to this case.

As always, I'd be happy to discuss this or anything else if you'd like to have a call.

David W. Tufts

Chair, Commercial Litigation Practice Group

+1 801 415 3000

Dentons Durham Jones Pinegar P.C. | Salt Lake City

---

**From:** Steve Horvat <shorvat@fabianvancott.com>
**Sent:** Tuesday, April 21, 2026 1:13 PM
**To:** Tufts, David W. <david.tufts@dentons.com>
**Cc:** Bradshaw, Lyndon <lyndon.bradshaw@dentons.com>; McAllister, Stephen R. <stephen.mcallister@dentons.com>; Keith M. Woodwell <kmw@clydesnow.com>; Jake Taylor <jst@clydesnow.com>; kep@clydesnow.com; Vicki Zgodny <vbz@clydesnow.com>; Jason W. Hardin <jhardin@fabianvancott.com>; Bradley Blackham <bblackham@agutah.gov>; Andrew Hopkins <arhopkins@agutah.gov>
**Subject:** RE: Larsen v Reyes et al - Your Request for Judicial Notice

**[WARNING: EXTERNAL SENDER]**

Counsel:

I'm just following up. Please let me know if you are willing to provide the unredacted version of your proposed document.

Thank you.

Steve Horvat
FABIAN VANCOTT
Phone: 801.323.2257

---

**From:** Steve Horvat
**Sent:** Wednesday, April 15, 2026 7:18 PM
**To:** Tufts, David W. <david.tufts@dentons.com>

**Cc:** Bradshaw, Lyndon <lyndon.bradshaw@dentons.com>; McAllister, Stephen R. <stephen.mcallister@dentons.com>; Keith M. Woodwell <kmw@clydesnow.com>; Jake Taylor <jst@clydesnow.com>; kep@clydesnow.com; Vicki Zgodny <vbz@clydesnow.com>; Jason W. Hardin <jhardin@fabianvancott.com>; Bradley Blackham <bblackham@agutah.gov>; Andrew Hopkins <arhopkins@agutah.gov>
**Subject:** Larsen v Reyes et al - Your Request for Judicial Notice

Counsel:

In order to evaluate the Request for Judicial Notice you filed on Saturday, we need to be able to review the whole document.  Further, if you intend to rely on a document as evidence, we're entitled to have an unredacted version.

Can you please send us the unredacted version?

If the redaction was for a recognized privacy reason, we will of course keep the unredacted document private pursuant to the Standard Protective Order.

Thanks.


Stephen P. Horvat
Of Counsel
FABIAN VANCOTT
Phone: 801.323.2257
www.fabianvancott.com
shorvat@fabianvancott.com
**95 South State Street, Suite 2300**
**Salt Lake City, UT  84111**


CAUTION: This email originated from outside the Fabian VanCott organization. Do not click on links or open attachments unless you recognize the sender and know the content is safe.