David W. Tufts (#8736)
Lyndon R. Bradshaw (#15097)
DENTONS DURHAM JONES PINEGAR P.C.
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
(801) 415-3000
david.tufts@dentons.com
lyndon.bradshaw@dentons.com

Stephen R. McAllister (*pro hac vice*)
DENTONS U.S. LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
(816) 460-2400
stephen.mcallister@dentons.com

*Attorneys for Plaintiffs Rudy Larsen, Jena Larsen, Rubicon Contracting, LLC, Scandia Company, LLC, and Smart Rain Systems, LLC*

Keith M. Woodwell (#7353)
Jake Taylor (#10840)
Katherine E. Pepin (#16925)
Vicki B. Zgodny (#19753)
CLYDE SNOW & SESSIONS
201 South Main Street, #2200
Salt Lake City, UT  84111
(801) 322-2516
kmw@clydesnow.com
jst@clydesnow.com
kep@clydesnow.com
vbz@clydesnow.com

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUDY LARSEN, an individual; JENA LARSEN, an individual; RUBICON CONTRACTING, LLC, a Utah limited liability company; SCANDIA COMPANY, LLC, a Utah limited liability company; and SMART RAIN SYSTEMS, LLC, a Utah limited liability company,<br><br>        Plaintiffs,<br><br>vs.<br><br>SEAN D. REYES, an individual; LEO LUCEY, an individual; MICHAEL ADAM JETER, an individual; and KAYTLIN VIRGINIA BECKETT, an individual,<br><br>        Defendants. | **REQUEST TO SUBMIT FOR DECISION**<br>**(Oral Argument Requested)**<br><br>Case No. 2:25-cv-00963<br><br>District Judge Howard C. Nielson, Jr.<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 7-3, Plaintiffs Rudy Larsen, Jena Larsen, Rubicon Contracting, LLC, Scandia Company, LLC and Smart Rain Systems, LLC, hereby request the following motions be submitted to the Court for decision:

1. **<u>Defendants' Motion to Dismiss</u>**

   a.    Motion to Dismiss (ECF 37) (2/11/26).

   b.    Opposition to Motion to Dismiss (ECF 40) (3/2/26).

   c.    Notice of Errata Correcting a Citation Error in Plaintiffs' Opposition to Motion to Dismiss (ECF 43) (3/12/26).[1]

   d.    Reply Supporting Motion to Dismiss (ECF 50) (3/17/26).

   e.    Notice of Supplemental Authorities Supporting Motion to Dismiss (ECF 57) (4/15/26).

   f.    Response to Plaintiffs' Notice of Supplemental Authority/Errata Notice (ECF 63) (4/24/26).

2. **<u>Plaintiffs' Request for Judicial Notice</u>**

   a.    Request for Judicial Notice (ECF 56) (4/11/26).

   b.    Opposition to Plaintiffs' Request for Judicial Notice (ECF 62) (4/22/26).

   c.    Reply in Support of Request for Judicial Notice (ECF 64) (4/29/26).

3. **<u>Defendants' Motion for Consideration of Supplemental Reply (Supporting Motion to Dismiss)</u>**

   a.    Motion for Consideration of Supplemental Reply (Supporting Motion to Dismiss) (ECF 58) (4/16/26).

   b.    This motion is not opposed by Plaintiffs.

The foregoing is fully briefed and ready for the Court's consideration.  Plaintiffs request that a hearing be set and that the Court receive oral arguments on all of the foregoing.

---

[1] This Notice of Errata was the subject of a Motion to Strike (ECF 49) that was ruled on by Magistrate Judge Bennett on April 17, 2026.  Judge Bennett's Order is found at ECF 61.

DATED:  May 28, 2026.

/s/ David W. Tufts

DENTONS DURHAM JONES PINEGAR P.C.
David W. Tufts
Lyndon R. Bradshaw

DENTONS U.S. LLP
Stephen R. McAllister

CLYDE SNOW & SESSIONS
Keith M. Woodwell
Jake Taylor
Katherine E. Pepin
Vicki B. Zgodny

*Attorneys for Plaintiffs Rudy Larsen, Jena Larsen, Rubicon Contracting, LLC, Scandia Company, LLC, and Smart Rain Systems, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026, I filed the foregoing with the Clerk of Court using

the Court's CM/ECF filing system and was sent by electronic notification of the filing to counsel

of record in this matter.


*/s/ Kristin Hughes*