# EXHIBIT 2



# UTAH ATTORNEY GENERAL'S OFFICE
## GENERAL OFFENSE HARDCOPY
## (EXPLOIT-HUMAN TRAF-LABOR)
## GO# AG 2023-291

# Table of Contents

Related Event  GO# AG 2023-291 ................................................................................... 1

Offense(s) ........................................................................................................................ 1

Related Event(s) ............................................................................................................. 2

Related Person(s) ........................................................................................................... 2

   1. Victim # 1 - LOPEZ-PALOMARES, AXEL DANIEL ................................................ 2

   2. Victim # 2 - MONTES-AGUILAR, JORGE MIGUEL ............................................... 3

   3. Victim # 3 - RAMIREZ-ALVAREZ, EDER VLADIMIR ............................................. 3

   4. Victim # 4 - PLASENCIA-SANTOS, KEVIN JOAQUIN ........................................... 4

   5. Victim # 5 - CEBALLOS-CORONA, JOSE GUADALUPE ....................................... 5

   6. Victim # 6 - TOLENTINO-LOPEZ, JOSE CARLOS JONATHAN ............................ 5

   7. Victim # 7 - GONZALEZ-GONZALEZ, IGNACIO ................................................. 6

   8. Victim # 8 - GUEVARA, ALFREDO GONZALEZ .................................................. 7

   9. Victim # 9 - RENDON, BRAYANT FERIA .......................................................... 8

   10. Victim # 10 - PIAGA CAGAL, CARLOS EDUARDO ........................................... 9

   11. Victim # 11 - RODRIGUEZ, CRISTIAN RAUL ................................................ 10

   12. Victim # 12 - VARGAS MENDEZ, CRISTIAN ................................................. 10

   13. Victim # 13 - JUAREZ JUAREZ, CYNTHIA REBECA ...................................... 11

   14. Victim # 14 - ARIZAGA DAVALOS, ERNESTO ALONSO .................................. 12

   15. Victim # 15 - RODRIGUEZ PONCE, FABIAN .................................................. 13

   16. Victim # 16 - PADILLA PEREZ, FERNANDO IVAN .......................................... 14

   17. Victim # 17 - MARTINEZ GARCIA, FLAVIO CESAR ........................................ 14

   18. Victim # 18 - HERNANDEZ, GUSTAVO MAYO ............................................... 15

   19. Victim # 19 - BAEZA DIAZ, IRVING ABRAHAM .............................................. 16

   20. Victim # 20 - PONCE LEMUS, IVAN .............................................................. 17

   21. Victim # 21 - PONCE, JORGE AGUADO .......................................................... 17

   22. Victim # 22 - HONDAL, JORGE BRETON ....................................................... 18

   23. Victim # 23 - ESPINOZA MEZA, JORGE IGNACIO ........................................... 19

   24. Victim # 24 - CHAVEZ MANZO, JOSE ALFREDO ............................................ 20

   25. Victim # 25 - CASTRO DURAN, JOSE LUIS .................................................... 20

   26. Victim # 26 - MURILLO, JUAN CAMARA ........................................................ 21

   27. Victim # 27 - LEMUS ZAVALA, LAURA ELIZABETH ........................................ 22

   28. Victim # 28 - ALMANZA REGALDO, LUIS ADRIAN .......................................... 22

   29. Victim # 29 - PADILLA PEREZ, MARIA DE JESUS ........................................... 23

   30. Victim # 30 - HERNANDEZ MATEO, OCIEL ..................................................... 24

   31. Victim # 31 - CHAVEZ, PEDRO MANAZANREZ ............................................... 25

   32. Victim # 32 - HERNANDEZ, RICARDO PRIETO ............................................... 25

   33. Victim # 33 - OSONO ANTUREZ, BESSY CAROLINA ....................................... 26

   34. Victim # 34 - GUZMAN MEDINA, CARLOS ANTONIO ...................................... 27

   35. Victim # 35 - MARQUEZ MUNOZ, CARLOS ANTONIO ..................................... 28

   36. Victim # 36 - HERNANDEZ ZAVALA, DENNIS ALLAN ...................................... 28

   37. Victim # 37 - MOLINA MEJIA, DIEGO CESAR .................................................. 29

   38. Victim # 38 - ORELLANO AVILA, EDUARDO ARTURO ...................................... 30

   39. Victim # 39 - MURILLO ZELADA, JARY SAMUEL .............................................. 31

AG_100444

40. Victim # 40 - DOBLADO ANDRADE, JESIE NICOLE ........................................................... 31

41. Victim # 41 - VILLAITA LIZCANO, JOSE ARMELME ........................................................ 32

42. Victim # 42 - ROMERO MEIINO, JOSE LUCIO ................................................................. 33

43. Victim # 43 - HERNANDEZ BECERRO, JOSE RIGOBERTO .......................................... 34

44. Victim # 44 - VARGAS RODRIGUEZ, JOSELA MARIA ................................................... 34

45. Victim # 45 - ARGUETA PORTILLO, JUAN FRANCISCO ............................................... 35

46. Victim # 46 - HERNANDEZ PEREZ, LAURA MARIA ...................................................... 36

47. Victim # 47 - CHE GARCIA, NATHALY ALEJANDRA ..................................................... 37

48. Victim # 48 - MENDOZA IDIOQUEZ, NEXI DAVID ........................................................ 37

49. Victim # 49 - TUNCHE MIZA, ROBERTO DAVID ........................................................... 38

50. Victim # 50 - GONZALEZ SILVA, MARTIN ..................................................................... 39

51. Victim # 51 - ALVAREZ SIERRA, LUIS ADRIAN ........................................................... 40

52. Victim # 52 - CABRAL, JUAN MANUEL .......................................................................... 40

53. Victim # 53 - SIERRA, VICTOR MANUEL ....................................................................... 41

54. Victim # 54 - CAMPOS DELGADO, JOSE GUADALUPE ............................................... 42

55. Victim # 55 - MANCIAS PALMA, FRANKLIN ANTONIO ................................................. 43

56. Victim # 56 - HERNANDEZ MEMBERSO, KEYLYN NAYRORITH .................................. 43

57. Victim # 57 - NAVARRO HERCULES, MARVIN ULISES ................................................. 44

58. Victim # 58 - CRUZ VELASQUEZ, MIGUEL ................................................................... 45

59. Victim # 59 - ALFARO HERNANDEZ, JOSE EDILBERTO .............................................. 46

60. Victim # 60 - VERDE GARCIA, CRISTHIAN DANIEL ..................................................... 47

61. Victim # 61 - SERRANO MADRID, SOFIA LIZETH .......................................................... 47

62. Victim # 62 - ARITA, DENNIS ANTONIO ....................................................................... 48

63. Victim # 63 - CUBAS VALLE, JACKELINE DENISSE ..................................................... 49

64. Victim # 64 - MARTINEZ HERNANDEZ, GONZALO ...................................................... 50

65. Victim # 65 - SERRANO, ERNESTO ANTONIO ............................................................. 50

66. Victim # 66 - PEREZ GODINEZ, JESUS OMAR ............................................................. 51

67. Victim # 67 - PEREZ HERNANDEZ, MARTIN AIRAN ..................................................... 52

68. Victim # 68 - LEMUS ALVIS, MARIA DE LOS ANGELES .............................................. 53

69. Victim # 69 - ARIZAGA DAVALOS, CESAR ALEJANDRO ............................................. 53

70. Victim # 70 - NUNEZ PAEZ, JOSE .................................................................................. 54

71. Victim # 71 - RODRIGUEZ, DANIEL ............................................................................... 55

72. Victim # 72 - MUNOZ PEREZ, LAMBERTO .................................................................... 56

73. Victim # 73 - PEREZ GODINEZ, RAFAEL ...................................................................... 56

74. Victim # 74 - RIVAS, FRANCISCO DROVAILLET ........................................................... 57

75. Victim # 75 - MARQUEZ ARRAYA, ALDA IGNACIO ...................................................... 58

76. Victim # 76 - JIMENEZ ALONSO, JUAN ALBERTO ....................................................... 59

77. Victim # 77 - CARILLO RODRIGUEZ, CRISTIAN ARTUTO ........................................... 60

78. Victim # 78 - RAMOS HERNANDEZ, MARIA DEL CARMEN ......................................... 61

79. Victim # 79 - LOPEZ, WENDY VERONICA ..................................................................... 62

80. Victim # 80 - JUAREZ CASTILLO, JOSE ULISES .......................................................... 63

81. Victim # 81 - MARTINEZ GARCIA, ANTONIO DE JESUS .............................................. 64

82. Victim # 82 - MELGAR MELGAR, BRYAN JOSE ........................................................... 65

83. Victim # 83 - ZAMORA PAVON, ALLAN OMAR .............................................................. 66

84. Victim # 84 - MORIS MORALES, VICENTY ISABEL ...................................................... 66

85. Victim # 85 - DIAZ ROJAS, JOEL DAVID ....................................................................... 67

86. Victim # 86 - ROSARIO VERAS, JOSE ANTONIO ......................................................... 68

2023-291

AG_100445

87. Victim # 87 - MELENDEZ BARCELONA, SANTY ONEL  ............................................  69

88. Victim # 88 - ORTIZ CARRAMO, ESTHER IGNACIA  ............................................  69

89. Victim # 89 - MERLO MARTINEZ, FREDY FABRICIO  ............................................  70

90. Victim # 90 - PEDROZA SILVA, JOSE LUIS  ............................................  71

91. Victim # 91 - RODRIGUEZ JIMENEZ, JOSE ALFREDO  ............................................  72

92. Victim # 92 - MEDINA, DIEGO  ............................................  72

93. Victim # 93 - RAMIREZ, RICARDO DANIEL LEAL  ............................................  73

94. Off/Suspect # 1 - PEREA, ADAM  ............................................  74

95. Off/Suspect # 2 - PHILLIPS, CLAYTON RAY  ............................................  75

96. Off/Suspect # 3 - LARSEN, RUDY LARS  ............................................  75

97. Off/Suspect # 4 - FLOYD  ............................................  76

98. Off/Suspect # 5 - BRINKMAN, TYLER CHARLES  ............................................  77

99. Off/Suspect # 6 - SIMMONS, KIRK GLEN  ............................................  77

100. Witness # 1 - NIX, JOSHUA HENRY  ............................................  78

101. Witness # 2 - KIMZEY, LOGAN ANDREW  ............................................  79

102. Witness # 3 - MASSEY, CRYSTAL DAWN  ............................................  80

103. Witness # 4 - VALDERRAMA, DAVID  ............................................  81

104. Witness # 5 - SMITH, SAMANTHA  ............................................  81

105. Witness # 6 - RODRIGUEZ, ALEX  ............................................  82

**Related Business(es)**  ............................................  83

1. Involved # 1 - RUBICON  ............................................  83

**Related Narrative(s)**  ............................................  84

1. Jeter, Adam  (239),  INITIAL R/O  - TIP# 01406345  ............................................  84

2. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - COINTACT WITH BEATRIZ  ............................................  87

3. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - EMPLOYEE INTERVIEW  ............................................  88

4. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - JUNE 23, 2023 INTERVIEWS  ............................................  90

5. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - JULY 31ST INTERVIEWS  ............................................  105

6. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - JOSH NIX STATEMENT  ............................................  112

7. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - 2ND EMPLOYEE INTERVIEW  ............................................  115

8. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - INTERVIEW WITH ANONYMOUS FORMER EMP  116

9. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - LOGAN KIMZEY INTERVIEW AND STATEMEN  ..  118

10. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - CRYSTAL MASSEY STATEMENT  ............................................  120

11. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - DEPARTMENT OF LABOR DOCUMENTS  .........  122

12. Jeter, Adam  (239),  FIELD SUPPLEMENTAL  - REPORT FOR CHARGES  ............................................  139

13. Caless, Josh  (171034),  FIELD SUPPLEMENTAL  - SEARCH WARRANT ASSIST  ............................................  146

14. Butler, Carson  (WJ2871),  FIELD SUPPLEMENTAL  - WARRANT ASSIST - SEARCHER  ..........  147

15. Cox, Trace  (8507),  INVSTGTR F/U  - SEARCH WARRANT ASSIST  ............................................  148

16. Schwemmer, Michael  (193344),  OTHER F/U  - SW EVIDENCE  ............................................  149

17. Justice, Jennifer  (2536),  FIELD SUPPLEMENTAL  - SEARCH WARRANT ASSIST  ..................  150

18. Fuller, Simon  (184522),  FIELD SUPPLEMENTAL  - SW ASSIST  ............................................  152

19. Call, Brendan (Retired)  (177833),  FIELD SUPPLEMENTAL  - SEARCH WARRANT ASSIST  .....  153

20. Lundquist, Sarah  (211647),  FIELD SUPPLEMENTAL  - SEARCH WARRANT ASSIST - AMERICA FIR  ............................................  154

21. Babcock, Drew  (8509),  FIELD SUPPLEMENTAL  - WARRANT SERVICE ASSISTANCE  ..........  155

22. Shuler, Joe  (1K70),  FIELD SUPPLEMENTAL  - WARRANT ASSISTANCE  ............................................  156

23. Chow, William  (222445),  FIELD SUPPLEMENTAL  - SSA MATT THOMPSON'S REPORT  .........  158

24. Chow, William  (222445),  FIELD SUPPLEMENTAL  - SW ASSIST  ............................................  159

AG_100446