# EXHIBIT 3



# DECLARACIÓN DE TESTIGO PARA USO EN UN EXAMEN PRELIMINAR

De conformidad con el artículo 1102, las Reglas de Evidencia de Utah, y la Sección 76-8-504.5, Código de Utah anotado

SE LE NOTIFICA QUE LAS DECLARACIONES QUE ESTÁN A PUNTO DE HACER EN ESTE DOCUMENTO PUEDE SER PRESENTADO A UN MAGISTRADO O JUEZ A EN LUGAR DE SU TESTIMONIO JURADO EN UN EXAMEN PRELIMINAR. CUALQUIER DECLARACIÓN FALSA QUE HAGA Y QUE NO CREA QUE PUEDA SER VERDAD ESTA SUJETO A UN CASTIGO PENAL COMO UN DELITO MENOR.

Entiendo la declaración anterior.

_____
Firma de testigo

Número de caso: AG23-291
Nombre: Carlos Antonio Guzmán Medina          Fecha de nacimiento: ███████
Número de teléfono: ███████          Trabajo: Removedor de nieve
dirección: ███████          Ciudad: ███████          Estado: UT   código postal: 84010
Profesión / Empleador: Rubicon
Lugar del suceso: Rubicon, 801 N 500 W #101, Bountiful, UT 84010 Fecha / Hora: 10/10/2023

Por favor IMPRIMIR en detalle lo que ha observado y/o lo que pasó:

Antes de iniciar con Rubycon yo me encontraba en el estado de Alaska, la ciudad de Anchorage trabajando con la visa H2B en la compañia 49 state Brewing, buscando una extension para poder permanecer en el pais, mi compañero de trabajo Lucio Merino me hablo de la compañia Rubicon que estaba con plazas abiertas para removedor de nieve y pues hice contacto con el departamento de recursos humanos y envie mis documentos el 10/10/2023 los cuales fueron el pasaporte, visa y Social security y la persona quien me confirmo que recibio los documentos fue Luis Velasquez su correo es ███████@gorubicon.com.

Desde ese dia no tuve comunicación con la empresa hasta la fecha del 10/16/23 que recibi un correo de Luis Velasquez, mencionando que la compañia necesitaba saber que fecha podiamos comenzar a trabajar con ellos y que hasta que la información fuera confirmada se pondrian en contacto con nosotros para ayudarnos con nuestro viaje, que quiero hacer enfasis que yo me compre mi boleto de avion.

_____          12/04/2023
FIRMA DE TESTIGO          Fecha

Como oficial jurada de la paz que actúa en el marco de mis funciones oficiales, por la presente certifico y verificar que este testigo hizo esta declaración ante mí, y lo hizo firmar este documento.

Fechado el día 4 de December, 20 23.          _____
                                                    FIRMA DE OFICIAL

Page 1 of 3          V1_ 9-26-12

## DECLARACIÓN DE TESTIGO, continuado

El mismo dia que me pregunto yo respondi, que podia empezar cuando me lo solicitaran pero que me avisaran con anticipacion para poder prepararme con el hospedaje y a su vez poder notificar en mi trabajo de mi movimiento, cabe mencionar que Rubicon no nos proporciona un lugar para vivir tuve que buscar por mi cuenta.

El mismo 10/18/23 me respondio que si podia estar entre los primeros dias de noviembre, respondi que me parecia muy bien el mismo dia y mencione que quedaba a la espera de la oferta de trabajo y el documento I797, la cual no recibi respuesta por parte de el.

El dia 10/26/23 le escribia via WhatsApp a Luis Velasquez cuyo numero es ▮▮▮▮▮▮ ya que no recibi respuesta via email solicitando la oferta-Laboral y informacion sobre el documento I797, me respondio enviandome mi oferta de trabajo y confirmandome que la extension de visa habia sido aprobada que solo estaban a la espera de los documentos que los abogados les tenia que entregar y pues les comunique el dia que iba a tener mi vuelo para moverme,

la Fecha de 18/10/23 recibi un correo de la compañia respecto a transporte y reembolso que provenia de h2bvisa@gorubicon.com y menciona que solo otorgaria un reembolsos de hasta $200 ya sea en avion o bus, lo cual me disgusto ya que tengo entendido que como H2B se tiene que reembolsar todo el gasto del viaje.

El dia 10/25/23 volvi a enviar un correo a la direccion ▮▮▮▮▮▮@gorubicon.com solicitando nuevamente el documento I797 y no recibi respuesta alguna.

llegue al estado de UTAH el dia 11/04/2023 en las Fechas solicitadas por la empresa ya que tenia mi induccion el dia 11/07/2023; el dia de la orientacion nos mostraron los contratos por medio de la app llamada Paycom donde solicite que todos esos documentos se me entregaran en Fisico y tambien e-mail que hasta la Fecha de hoy no e recibido nada, despues de la orientacion de 11/07/23 me tuvieron una semana completa si trabajar cuando me aseguraron que mientras empezaba la temporada de nieve nos iban a dar horas de trabajo en el area de construccion, hasta que estuve yendo a las oficinas para pedir trabajo el dia 11/14/23 me ofrecieron horas las cuales Fue una labor Fuera de lo que me habian mencionado pero por—

C.G
Iniciales

Page 2 of 3

V1_9-26-12

2023-291

AG_200116

DECLARACIÓN DE TESTIGO, continuado

necesidad Fui por mis medios y de igual manera se trabajo 6.51 horas y salimos de noche y por mis medios tuve que regresar a mi hogar cuando ellos aseguran el transporte, el 11/16/23 me volvieron a solicitar para el mis no trabajo el cual llegue temprano pero por problemas de coordinación no empezabamos y no nos contaron todas esas horas, de ahi hasta el 11/18/23 me volvieron a contactar para otra orientación y pues desde que llegue solo de esa manera me tenían que para mi primer pago solo en dos semanas había hecho 25.83 horas y me las pagaban a $17.21 $ cuando en el contrato nos aseguraban que el pago seria de $18.92 y no me estaban reembolsando el ticket de vuelo lo cual tuve que investigar yendo directamente a las oficinas y exigir el reembolso.

En la fecha 11/22/23 me notificaron que me enviarian a Denver Colorado a trabajar en la noche anterior del dia sin previa notificación y pues seguí ordenes y fui pero una vez llegamos y nos reunimos en sus oficinas resulto ser que no estaba en ningun proyecto y tuve que insistir para que me asignaran con un conductor para poder trabajar al final solo hice 10 horas de trabajo y todo el tiempo que estuve ahi me mandaban al hotel y me hacían moverme a sus oficinas y pasaba parte del dia ahi y no nos contaban esas horas,

El dia 11/17/23 solicite mi documentacio 1797 ya que no me daban horas de trabajo porque no era conductor, yo tengo mi licencia de mi pais legal y fui a hacer las pruebas de manejo pero me solicitaban mi documentacion 1797 y dos documentos de donde vivo, pero la persona que me alquila el apartamento no me quiere dar mi contrato porque mi visa expira en diciembre y solicite el documento y ellos me enviaron un comprobante de trabajo donde dice que mi documentacion legal habia sido subida y que mi estatus migratorio se encontraba legal, pero la arrendadora no accedio.

El dia 11/28/23 nos llamaron nuevamente para otra orientacion y mientras se desarrollaba nos hicieron ponchar en la aplicacion y nos reunieron en sus oficinas diciendo que ninguna documentacion habia sido subida que era culpa del bufete con el que trabaja y nos dijieron que no hibamos a trabajar en cuatro semanas mientras se arregla el problema legal.

C.G

Iniciales

V1_ 9-26-12

2023-291

AG_200117

[ENGLISH TRANSLATION]

*[Seal: Office of the Attorney General – State of Utah]*

# WITNESS STATEMENT FOR USE IN A PRELIMINARY EXAMINATION

Pursuant to Rule 1102 of the Utah Rules of Evidence and Section 76-8-504.5, Utah Code Annotated

YOU ARE NOTIFIED THAT THE STATEMENTS YOU ARE ABOUT TO MAKE IN THIS DOCUMENT MAY BE PRESENTED TO A MAGISTRATE OR JUDGE IN LIEU OF YOUR SWORN TESTIMONY AT A PRELIMINARY EXAMINATION. ANY FALSE STATEMENT YOU MAKE THAT YOU DO NOT BELIEVE TO BE TRUE IS SUBJECT TO CRIMINAL PUNISHMENT AS A MISDEMEANOR.

*I understand the above notice.  [signature]*
Witness signature

**Case number:**  AG23-291

**Name:**  Carlos Antonio Guzmán Medina     Date of birth: 0▮▮▮▮▮

**Telephone number:** ▮▮▮▮▮▮▮       Job: Snow remover

**Address:** ▮▮▮▮▮  ▮▮▮▮▮     State: UT     Zip code: 84010

**Profession / Employer:**  Rubicon

**Location of the incident:**  Rubicon, 801 N 500 W #101, Bountiful, UT 84010     Date / Time: 10/10/2023

**Please PRINT in detail what you have observed and/or what happened:**

Before starting with Rubicon [written "Rubycon"] I was in the state of Alaska, in the city of Anchorage, working with the H2B visa at the company 49 State Brewing, looking for an extension to be able to remain in the country. My co-worker Lucio Merino told me about the company Rubicon, which had open positions for snow remover, and so I made contact with the human resources department and sent my documents on 10/10/2023, which were the passport, visa, and Social Security, and the person who confirmed to me that he received the documents was Luis Velasquez; his email is ▮▮▮▮▮▮@gorubicon.com.

From that day I had no communication with the company until 10/16/23, when I received an email from Luis Velasquez mentioning that the company needed to know what date we could begin working with them, and that once the information was confirmed they would get in contact with us to help us with our travel. I want to emphasize that I bought my own plane ticket.

The same day he asked me, I responded that I could start whenever they requested it of me, but that they should notify me in advance so that I could prepare with lodging and, in turn, be able to give notice at my job of my move. It is worth mentioning that Rubicon did not provide us a place to live; I had to look for one on my own.

On that same 10/18/23 he responded asking whether I could be there within the first days of November. I responded that same day that that seemed very good to me, and I mentioned that I remained waiting for the job offer and the I-797 document, to which I received no response from him.

On 10/26/23 I wrote to Luis Velasquez via WhatsApp, whose number is ▮▮▮▮▮▮▮, since I did not receive a response via email requesting the job offer and information about the I-797 document. He responded by sending me my job offer and confirming to me that the visa extension had been approved and that they were only waiting for the documents that the lawyers had to deliver to them, and so I informed them of the day I was going to have my flight in order to move.

Page 1

On 10/18/23 I received an email from the company regarding transportation and reimbursement that came from ████████@gorubicon.com, and it mentions that it would only grant a reimbursement of up to $200, whether by plane or bus, which upset me, since it is my understanding that as an H2B the entire cost of the trip has to be reimbursed.

On 10/25/23 I again sent an email to the address ████████@gorubicon.com requesting the I-797 document once more, and I did not receive any response.

I arrived in the state of UTAH on 11/04/2023, on the dates requested by the company, since I had my induction on 11/07/2023. On the day of the orientation they showed us the contracts through the app called Paycom, where I requested that all of those documents be delivered to me in physical form and also by email, and to this day I have not received anything. After the 11/07/23 orientation they kept me a full week without working, when they assured me that while the snow season was starting they were going to give us work hours in the construction area. I kept going to the offices to ask for work until, on 11/14/23, they offered me hours, which was work outside of what they had mentioned to me, but out of necessity I went by my own means, and likewise 6.51 hours were worked and we finished at night, and by my own means I had to return to my home when they had assured transportation. On 11/16/23 they requested me again for the same job, to which I arrived early, but due to coordination problems we did not start, and they did not count all of those hours. From there, up to 11/18/23, they contacted me again for another orientation, and since I arrived that was the only way they had me, such that for my first paycheck, in only two weeks, I had worked 25.83 hours and they were paying them to me at $17.21, when in the contract they assured us that the pay would be $18.92, and they were not reimbursing me for the flight ticket, which I had to look into by going directly to the offices and demanding the reimbursement.

On 11/22/23 they notified me that they would send me to Denver, Colorado to work — on the night before the day, without prior notification — and so I followed orders and went, but once we arrived and gathered at their offices it turned out that I was not on any project, and I had to insist that they assign me with a driver so that I could work. In the end I only did 10 hours of work, and the whole time I was there they sent me to the hotel and made me move to their offices, and I spent part of the day there, and they did not count those hours for us.

On 11/17/23 I requested my I-797 documentation, since they were not giving me work hours because I was not a driver. I have my legal license from my country and I went to take the driving tests, but they requested my I-797 documentation and two documents from where I live; but the person who rents me the apartment does not want to give me my contract because my visa expires in December. I requested the document, and they sent me a proof of employment which says that my legal documentation had been uploaded and that my immigration status was legal, but the landlady did not agree.

On 11/28/23 they called us again for another orientation, and while it was taking place they had us clock in on the application and gathered us at their offices, saying that no documentation had been uploaded, that it was the fault of the law firm it works with, and they told us that we were not going to work for four weeks while the legal problem gets fixed.

_[signature]_                                                                12/04/2023
**WITNESS SIGNATURE**                                                              Date

As a sworn peace officer acting within the scope of my official duties, I hereby certify and verify that this witness made this statement before me, and had him sign this document.

Dated this 4th day of December, 2023.                              _[signature]_
                                                           **OFFICER SIGNATURE**

*Witness initials appearing on continuation pages of the original: C.G.*

*Original: three handwritten pages, Bates-stamped AG_200115 through AG_200117 (2023-291); form footer "V1_ 9-26-12"; "Page _ of 3" notations.*