# EXHIBIT 4



## Supplement B, U Nonimmigrant Status Certification

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS
Form I-918**
OMB No. 1615-0104
Expires 06/30/2023

| For USCIS Use Only | Remarks |
|---|---|
| | |

► **START HERE - Type or print in black or blue ink.**

### Part 1. Victim Information

1. Alien Registration Number (A-Number) (if any)

    ► A- | N / A

2.a. Family Name (Last Name) | Guzman Medina

2.b. Given Name (First Name) | Carlos

2.c. Middle Name | Antonio

**Other Names Used** (Include maiden names, nicknames, and aliases, if applicable.)

If you need extra space to provide additional names, use the space provided in **Part 7. Additional Information**.

3.a. Family Name (Last Name)

3.b. Given Name (First Name)

3.c. Middle Name

4. Date of Birth (mm/dd/yyyy) | ▉

5. Gender | ☒ Male | ☐ Female

### Part 2. Agency Information

1. Name of Certifying Agency

    Utah Attorney General's Office

Name of Certifying Official

2.a. Family Name (Last Name) | Belcher

2.b. Given Name (First Name) | Alan

2.c. Middle Name

3. Title and Division/Office of Certifying Official

    Detective/Investigations

Name of Head of Certifying Agency

4.a. Family Name (Last Name)

4.b. Given Name (First Name)

4.c. Middle Name

### Agency Address

5.a. Street Number and Name | 5272 S. College Dr

5.b. ☐ Apt. ☒ Ste. ☐ Flr. | 200

5.c. City or Town | Murray

5.d. State | UT   5.f. ZIP Code | 84123

5.g. Province

5.h. Postal Code

5.i. Country

### Other Agency Information

6. Agency Type

    ☐ Federal  ☒ State  ☐ Local

7. Case Status

    ☒ On-going  ☐ Completed

    ☐ Other | N/A

8. Certifying Agency Category

    ☐ Judge  ☐ Law Enforcement  ☒ Prosecutor

    ☐ Other | N/A

9. Case Number

    231702290/ 231702293 / 231702292 / 231702289 / 231702295 / 231702291 / 231702294

10. FBI Number or SID Number (if applicable)

    N/A

Form I-918 Supplement B  Edition  12/06/2021

Page 1 of 5

2023-291    AG_180039

## Part 3. Criminal Acts

If you need extra space to complete this section, use the space provided in **Part 7. Additional Information**.

1. The petitioner is a victim of criminal activity involving a violation of one of the following Federal, state, or local criminal offenses (or any similar activity). (Select **all applicable** boxes)

| | |
|---|---|
| ☐ Abduction | ☐ Manslaughter |
| ☐ Abusive Sexual Contact | ☐ Murder |
| ☐ Attempt to Commit Any of the Named Crimes | ☐ Obstruction of Justice |
| | ☐ Peonage |
| ☐ Being Held Hostage | ☐ Perjury |
| ☐ Blackmail | ☐ Prostitution |
| ☐ Conspiracy to Commit Any of the Named Crimes | ☐ Rape |
| | ☐ Sexual Assault |
| ☐ Domestic Violence | ☐ Sexual Exploitation |
| ☐ Extortion | ☐ Slave Trade |
| ☐ False Imprisonment | ☐ Solicitation to Commit Any of the Named Crimes |
| ☐ Felonious Assault | |
| ☐ Female Genital Mutilation | ☐ Stalking |
| | ☐ Torture |
| ☒ Fraud in Foreign Labor Contracting | ☒ Trafficking |
| ☐ Incest | ☐ Unlawful Criminal Restraint |
| ☒ Involuntary Servitude | ☐ Witness Tampering |
| ☐ Kidnapping | |

Provide the dates on which the criminal activity occurred.

**2.a.** Date (mm/dd/yyyy)    11/07/2023

**2.b.** Date (mm/dd/yyyy)    N/A

**2.c.** Date (mm/dd/yyyy)    N/A

**2.d.** Date (mm/dd/yyyy)    N/A

3. List the statutory citations for the criminal activity being investigated or prosecuted, or that was investigated or prosecuted.

   18 U.S Code § 1590 Utha Code 76-5-308; 76-5-310

**4.a.** Did the criminal activity occur in the United States (including Indian country and military installations) or the territories or possessions of the United States?

☒ Yes    ☐ No

**4.b.** If you answered "Yes," where did the criminal activity occur?

Bountiful, UT 804010, United States

**5.a.** Did the criminal activity violate a Federal extraterritorial jurisdiction statute?

☐ Yes    ☒ No

**5.b.** If you answered "Yes," provide the statutory citation providing the authority for extraterritorial jurisdiction.

N/A

6. Briefly describe the criminal activity being investigated and/or prosecuted and the involvement of the petitioner named in **Part 1**. Attach copies of all relevant reports and findings.

   Mr. Guzman Medina was a victim of manipulation, discrimination, and fraud. Rubicon Constructing LLC offered him a snow removal job titled 'Field Technician I'. As a result, he was promised to be compensated at $ 18, 92 per hour. Despite the offer, he was compensated $17,91 per hour, inflicting severe financial hardship upon him.
   Even though he was hired as a field technician I, he was assigned activities outside his contractual scope. He was put to work as a scaffolder and as an interpreter since his English was better than his co-workers. On many occasions, he was assigned a job, and as soon as he presented himself to work, all the workload was being done by other people, causing a decrease in his working hours.
   Finally, as the date of his VISA expiration approached, upon inquiry, he was assured that his HB2 VISA extension had already been submitted to USCIS and was only pending delivery from the attorneys, which turned out to be untruthful.

7. Provide a description of any known or documented injury to the victim. Attach copies of all relevant reports and findings.

   The incident caused him severe emotional distress, characterized by heightened anxiety, profound worry about his legal status in the States, and fear of potentially facing severe financial harm.

2023-291

AG_180040

## Part 4. Helpfulness Of The Victim

For the following questions, if the victim is under 16 years of age, incompetent or incapacitated, then a parent, guardian, or next friend may act on behalf of the victim.

1. Does the victim possess information concerning the criminal activity listed in **Part 3.**?   ☒ Yes   ☐ No

2. Has the victim been helpful, is the victim being helpful, or is the victim likely to be helpful in the investigation or prosecution of the criminal activity detailed above?

   ☒ Yes   ☐ No

3. Since the initiation of cooperation, has the victim refused or failed to provide assistance reasonably requested in the investigation or prosecution of the criminal activity detailed above?   ☐ Yes   ☒ No

If you answer "Yes" to **Item Numbers 1. - 3.**, provide an explanation in the space below. If you need extra space to complete this section, use the space provided in **Part 7. Additional Information**.

Responding promptly to the exigency of the situation and concerned about his legal status in the country, Mr. Guzman Medina swiftly contacted law enforcement authorities at the Utah Office of the Attorney General, seeking immediate intervention and resolution to the traumatic events unfolding before him.

4. Other. Include any additional information you would like to provide.

As a victim in an ongoing matter, he has suffered long-term emotional trauma due to the severity of the crime. As mentioned above, he suffers from heightened anxiety, profound worry about his legal status in the States, and severe hardship. In the hopes of finding closure, Mr. Guzman Medina will continue cooperating with the proper authorities.

2023-291                                                                      AG_180041

## Part 5. Family Members Culpable In Criminal Activity

1.  Are any of the victim's family members culpable or believed to be culpable in the criminal activity of which the petitioner is a victim?  ☐ Yes  ☒ No

    If you answered "Yes," list the family members and their criminal involvement. (If you need extra space to complete this section, use the space provided in **Part 7. Additional Information.**)

2.a. Family Name (Last Name)  Guzman Medina

2.b. Given Name (First Name)  Carlos

2.c. Middle Name  Antonio

2.d. Relationship  N/A

2.e. Involvement  N/A

3.a. Family Name (Last Name)  N/A

3.b. Given Name (First Name)  N/A

3.c. Middle Name  N/A

3.d. Relationship  N/A

3.e. Involvement  N/A

4.a. Family Name (Last Name)  N/A

4.b. Given Name (First Name)  N/A

4.c. Middle Name  N/A

4.d. Relationship  N/A

4.e. Involvement  N/A

## Part 6. Certification

I am the head of the agency listed in **Part 2.** or I am the person in the agency who was specifically designated by the head of the agency to issue a U Nonimmigrant Status Certification on behalf of the agency. Based upon investigation of the facts, I certify, under penalty of perjury, that the individual identified in **Part 1.** is or was a victim of one or more of the crimes listed in **Part 3.** I certify that the above information is complete, true, and correct to the best of my knowledge, and that I have made and will make no promises regarding the above victim's ability to obtain a visa from U.S. Citizenship and Immigration Services (USCIS), based upon this certification. I further certify that if the victim unreasonably refuses to assist in the investigation or prosecution of the qualifying criminal activity of which he or she is a victim, I will notify USCIS.

1.  Signature of Certifying Official (sign in ink)

2.  Date of Signature (mm/dd/yyyy)  07/03/2024

3.  Daytime Telephone Number  ▮▮▮▮▮▮▮

4.  Fax Number  ▮▮▮▮▮▮▮

2023-291                                                          AG_180042

## Part 7. Additional Information

If you need extra space to complete any item within this supplement, use the space below or attach a separate sheet of paper; type or print the agency's name, petitioner's name, and the Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number, Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet. If you need more space than what is provided, you may also make copies of this page to complete and file with this supplement.

**1.** Agency Name

N/A

### Petitioner's Name

**2.a.** Family Name (Last Name)  
Guzman Medina

**2.b.** Given Name (First Name)  
Carlos

**2.c.** Middle Name  
Antonio

**3.** A-Number (if any)

▶ A- N / A

**4.a.** Page Number  
N/A

**4.b.** Part Number  
N/A

**4.c.** Item Number  
N/A

**4.d.** N/A

**5.a.** Page Number  
N/A

**5.b.** Part Number  
N/A

**5.c.** Item Number  
N/A

**5.d.** N/A

**6.a.** Page Number  
N/A

**6.b.** Part Number  
N/A

**6.c.** Item Number  
N/A

**6.d.** N/A

2023-291    AG_180043