# EXHIBIT 5

# Bertram and Associates        Private Investigations/Consulting

**Chris D. Bertram**                                                  **Lou F. Bertram**

Case # 23-124
December 16, 2023

**To:**                          **Keith Woodwell Jake Taylor Rubicon**

**From:**                    **Chris Bertram**

**Reference:**           **Rubicon Clyde Snow / Herrera Interview**

**Date of Report:**       **July 15, 2026**

**<u>Ramero Herrera</u>**

On Dec. 28, 2023, I interviewed HERRERA, stated he heard other Rubicon employees talking about an offer from the state attorneys involved receiving a T-Visa. He said during interviews, they offered a trafficking visa to people. He also stated there was a third party that was going to be helping people who did a declaration.  HERRERA stated some of these employees involved in this 'seemed very well studied 'in how this process works, with regards to the trafficking visa.  HERRERA stated he had heard the attorney general would help find places for these people to live.

**Bertram and Associates**

**P.O. Box 712532 - Salt Lake City, Utah 84171 - (801) 944-7310**
**36 years of Solving Investigations**
**www.tbertramgroup.com**
*Privileged and Confidential*