# EXHIBIT 6

## Bertram and Associates      Private Investigations/Consulting

**Chris D. Bertram**                                                      **Lou F. Bertram**

Case # 23-124
December 16, 2023

| | |
|---|---|
| **To:** | **Keith Woodwell Jake Taylor Rubicon** |
| **From:** | **Chris Bertram** |
| **Reference:** | **Rubicon / Clyde Snow / Prieto Interview** |
| **Date of Report:** | **July 15, 2026** |

**Richardo Priteo** ███████████

      On December 29, 2023, I interviewed PRITEO. PRITEO stated he was interviewed by state investigators he believed on December 1, 2023. He said they offered him a T-Visa and asked him if he needed any benefits or help. He stated another Rubicon employee, his friend, told him about the offers the state was making. He stated the offers included a visa, house rent, food and if they need any money for other living or basic needs. He also was told the visa may take up to one year to get. He stated Maria Grigsby was the victim coordinator for the Attorney General's office.

      PRITEO said he was also told the Asian Association would contact him. There was an individual by the name of Anthony that was supposed to get a hold of him by December 21st. He was offering help with getting visa information and paperwork, and other needs.

      PRITEO believed initially seven of his coworkers were seeking assistance from the Asian Association. He stated Marie told him she could help him through the association get at T-Visa. She also was the one that informed him that the amount of people seeking help from the state attorney general's office had grown to 50 people.

      PRITEO stated there were Honduran workers who were the ones originally talked to the state, he also stated they were very 'gung-ho' in trying to obtain assistance and visas. The Honduran group knew a lot about the T-Visa and involve themselves in messaging each other through WhatsApp. He stated one of the Hondurans is Jessi and he believed they were involved in the original complaint against Rubicon. He thought this was interesting because Rubicon had rehired all the employees.

      PRITEO was originally approached when he lived in Mexico from friends that had worked with Rubicon. He was told about the job and a contract, and he decided he would come to work for them. He stated he worked less hours when he originally got there and he had a

**P.O. Box 712532 - Salt Lake City, Utah 84171 - (801) 944-7310**
**36 years of Solving Investigations**
**www.tbertramgroup.com**
*Privileged and Confidential*

contract included one year's rent. He said the contracts to work with Rubicon were made through the human resources department of Rubicon. He stated the company helped with transporting him from Monterey Mexico and to the United States.  PRITEO stated one of the things people complained about was the fact they were getting a lack of hours in the fall of 2023. However, they still had rent to pay every month. He believed there were abundance of workers and so not enough work for each of them. He knew as time went on, they would get more work however, he believed some of them viewed this as a hardship.

PRITEO stated he gave a statement to the attorney general's office because they promised a U-Visa and a T-Visa to him. They also promised they were going to help him and so as a result he made a statement to them. He stated the investigator was a person with a long hair and a beard. He stated after Maria, the victim's coordinator, contacted him, he waited to hear back from the investigator. He was told by a co-worker if he did the interview, they (A.G.) would provide him with a visa. He believed when he was doing the interview and they put him in a room at the office to sign up for a visa. He also stated the attorney general investigator told him he was a 'victim', and they would help get him a visa and aid him with food, rent, clothing and money.

**Bertram and Associates**

2