# EXHIBIT 8

# IMPORTANT INFORMATION – SAVE

Use this tear-off portion to speed your application for

A#  240-395-886

DIEGO MEDINA VELAZQUEZ
SA ALAN BELCHER UTAH ATTY GEN OFF



## Help USCIS Serve You Better

We recommend that you keep this notice for your records. It has important infor

The tear-off portion of this notice can help speed your application for an extensio recommend you attach the tear-off portion to your completed application.

## THE UNITED STATES OF AMERICA

### I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number EAC2513450030 | | Case Type I102 - APPLICATION FOR REPLACEMENT/INITIAL ARRIVAL-DEPARTURE DOCUMENT |
|---|---|---|
| Received Date 02/18/2025 | Priority Date | Applicant A240 395 886 MEDINA VELAZQUEZ , DIEGO MISHAEL MARTIN |
| Notice Date 02/26/2025 | Page 1 of 1 | Beneficiary A240 395 886 MEDINA VELAZQUEZ , DIEGO MISHAEL MARTIN |

DIEGO MEDINA VELAZQUEZ
c/o SA ALAN BELCHER UTAH ATTY GEN OFF
5272 SOUTH COLLEGE DRIVE STE 200
MURRAY UT 84123

Notice Type: Approval Notice
Class: CP
Valid from 02/07/2025 to 02/06/2027

USCIS has approved the application listed above. Your replacement Form I-94 or I-95 is attached at the bottom of this notice.

USCIS has completed the processing of your application. The back of this form contains additional general information. If you have any further questions, please contact your local USCIS office.

**THIS NOTICE IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

NOTICE: Although USCIS has approved this application/petition, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so they can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. They may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. They will use the information obtained to determine whether you are eligible for the benefit you seek. If they find any derogatory information, they will provide you and the legal representative listed on your Form G-28 an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Vermont Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
38 River Road
Essex Junction VT 05479-0001

USCIS Contact Center: www.uscis.gov/contactcenter

PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt# EAC2513450030
I-94# 882915396 33
NAME  MEDINA VELAZQUEZ , DIEGO MISHAEL MARTIN
CLASS CP
VALID FROM 02/07/2025 UNTIL 02/06/2027

APPLICANT
MEDINA VELAZQUEZ , DIEGO MISHAEL MARTIN
5272 SOUTH COLLEGE DRIVE STE 200
MURRAY UT 84123

882915396 33

Receipt Number EAC2513450030
US Citizenship and Immigration Services

I94 Departure Record
Applicant: MEDINA VELAZQUEZ , DIEGO

| 14. Family Name MEDINA VELAZQUEZ | |
|---|---|
| 15. First (Given) Name DIEGO | 16. Date of Birth ▇▇▇▇▇ |
| 17. Country of Citizenship MEXICO | |

FORM I-797A (REV. 08/01/16)