# EXHIBIT 10

**RUBICON**

## Comentarios sobre el Programa de Visas H2B & Oportunidad de una Extensión

March 17th, 2023

Gracias por tu trabajo y participación en el programa de visas H2B. Ya que las visas están a punto de caducar, nos gustaría saber quién está interesado en continuar trabajando con nosotros, así podemos solicitar una extensión. También, nos gustaria saber tu opinión sobre tu experiencia trabajando con nostros. Por favor, marca la opción que más aplique a tí.

**Por favor elige una opción:**

☐ Opción # 1. Estoy feliz y muy satisfecho con la compañía. Me gustaría quedarme, renovar mi visa y continuar trabajando en Rubicon este verano.

☑ Opción # 2. Yo prefiero regresar a mi país cuando mi visa caduque (marzo 31, 2023)

**Si seleccionaste opción # 2, por favor elige una de las siguientes opciones:**

☑ Fue una muy buena experiencia y me gustaría regresar en la próxima termporada (octubre 31, 2023)

☐ Fue una mala experiencia y no quiero regresar en la próxima temporada (octubre 31 2023)

Por favor escribe tu opinión o comentario:

_Irving Abraham Baeza Diaz_                03/  /2023                _____
Nombre del empleado                        Fecha                    Firma del empleado

Gracias,

**Equipo de Rubicon**

1343 W 75 N, CENTERVILLE, UT 84014  |  801.928.2800  |  RUBICONCONTRACTORS.NET

ACTIONS. NOT WORDS