# EXHIBIT 11

| | |
|---|---|
| **From:** | Sol Aguilar < ███████████████ |
| **Sent:** | Monday, April 10, 2023 11:28 AM |
| **To:** | axel lopez |
| **Subject:** | RE: Para recomendar una persona de mexico para trabajar en rubicon |

Gracias, los he anadido a nuestra lista.

**Sol Aguilar**  HR Team
Rubicon  1343 West 75 North, Centerville, Utah 84014
Direct 3████████    Office 801.928.2800  GoRubicon.com



**From:** axel lopez ████████████@gmail.com>
**Sent:** Friday, April 7, 2023 4:09 AM
**To:** Sol Aguilar ████████@gorubicon.com>
**Subject:** Para recomendar una persona de mexico para trabajar en rubicon

You don't often get email from ████████@gmail.com. Learn why this is important

**CAUTION :** External Originating Email

William Alberto Lopez Palomares
████████@gmail.com
+52 ████████

| | |
|---|---|
| **From:** | Sol Aguilar ███████████████ <████████████> |
| **Sent:** | Monday, April 10, 2023 11:28 AM |
| **To:** | axel lopez |
| **Subject:** | RE: To recommend a person from Mexico to work at Rubicon |

Thank you, I have added them to our list.

**Sol Aguilar** HR Team
Rubicon 1343 West 75 North, Centerville, Utah 84014
Direct ███████ Office 801.928.2800 GoRubicon.com



**From:** axel lopez <████████@gmail.com>
**Sent:** Friday, April 7, 2023 4:09 AM
**To:** Sol Aguilar ████████@gorubicon.com>
**Subject:** To recommend a person from Mexico to work at Rubicon

> You don't often get email from ████████@gmail.com. Learn why this is important

**CAUTION :** External Originating Email

William Alberto Lopez Palomares
████████@gmail.com
+52 ████████