# EXHIBIT 12

| | |
|---|---|
| **From:** | Sol Aguilar |
| **Sent:** | Wednesday, February 15, 2023 4:34 PM |
| **To:** | Adam Smith; Camron Harper; Clayton Phillipps |
| **Cc:** | Adam Perea |
| **Subject:** | RE: Fabian Rodriguez Ponce Time Off |

Team,

Fabian has decided to resign. His bus ticket was purchased today along with Diego Villagomez and Jorge Aguado.

Thank you,

**Sol Aguilar** HR Team
Rubicon 1343 West 75 North, Centerville, Utah 84014
Direct 3▮▮▮▮▮▮▮▮    Office 801.928.2800 GoRubicon.com



-----Original Appointment-----
**From:** Adam Smith <Adam.Smith@gorubicon.com>
**Sent:** Tuesday, February 14, 2023 7:56 AM
**To:** Adam Smith; Camron Harper; ▮▮▮▮▮▮▮▮@gmail.com
**Cc:** Clayton Phillipps; Sol Aguilar
**Subject:** Fabian Rodriguez Ponce Time Off
**When:** Tuesday, February 14, 2023 12:00 AM to Wednesday, March 1, 2023 12:00 AM (UTC-07:00) Mountain Time (US & Canada).
**Where:**
**Importance:** Low


Fabian Rodriguez Ponce requested time off for Personal Time / Tiempo Personal

Approved by: Camron Harper
Comments:

Approved by: Adam Smith
Comments: