# EXHIBIT 13

| | |
|---|---|
| **From:** | Fabian Ponce <fpo████████@gmail.com> |
| **Sent:** | Friday, May 19, 2023 1:18 PM |
| **To:** | Adam Perea |
| **Subject:** | Re: |
| **Attachments:** | image001.png; Screenshot_20230519-095000_Adobe Acrobat.jpg |

You don't often get email from fponce201521@gmail.com. Learn why this is important

**CAUTION : External Originating Email**

Hola, Adam quisiera saber si usted me puede brindar información de las nuevas visas ,

El vie, 19 de may. de 2023 8:58 a. m., Adam Perea ████████@gorubicon.com> escribió:

Fabian,

por favor lea la comunicación. esa fue la ultima actualizacion.

Gracias,

**Adam Perea** HR Team

**Rubicon** 1343 West 75 North, Centerville, Utah 84014

**Direct** ████████ **Office** 801.928.2800 GoRubicon.com



**From:** Fabian Ponce <fp████████@gmail.com>
**Sent:** Thursday, May 18, 2023 8:34 PM
**To:** zSol Aguilar ████████@gorubicon.com>
**Subject:**

**CAUTION : External Originating Email**

Buenas noches ,quería saber de las nuevas visas ,me puede dar información, me interesa,y se lo agradecería mucho cualquier información de las nuevas visas gracias

1

| | |
|---|---|
| **From:** | Fabian Ponce <▇▇▇▇▇@gmail.com> |
| **Sent:** | Friday, May 19, 2023 1:18 PM |
| **To:** | Adam Perea |
| **Subject:** | Re: |
| **Attachments:** | image001.png; Screenshot_20230519-095000_Adobe Acrobat.jpg |

You don't often get email from fponce201521@gmail.com. Learn why this is important

**CAUTION : External Originating Email**

Hello, Adam, I would like to know if you can provide me with information about the new visas ,

On Fri, May 19, 2023, 8:58 AM, Adam Perea <▇▇▇▇▇@gorubicon.com> wrote:

> Fabian,
>
> please read the communication. that was the last update.
>
> Thank you,
>
> **Adam Perea** HR Team
>
> Rubicon 1343 West 75 North, Centerville, Utah 84014
>
> Direct▇▇▇▇ Office 801.928.2800 GoRubicon.com
>
>

---

**From:** Fabian Ponce <▇▇▇▇▇@gmail.com>
**Sent:** Thursday, May 18, 2023 8:34 PM
**To:** zSol Aguilar ▇▇▇▇▇@gorubicon.com>
**Subject:**

**CAUTION : External Originating Email**

Good evening ,I wanted to know about the new visas ,can you give me information, I am interested,and I would greatly appreciate any information about the new visas thank you