# EXHIBIT 14

| | |
|---|---|
| **From:** | Jorge Breton Hondal <▮▮▮▮▮▮▮▮▮▮@indeedemail.com> |
| **Sent:** | Thursday, February 27, 2025 2:17 PM |
| **To:** | Adam Perea |
| **Subject:** | [Action required] New application for Irrigation Technician, Bountiful, UT |

You don't often get email from 5338617d-e991-43e6-8624-502d69931dda@indeedemail.com. Learn why this is important

**CAUTION :** External Originating Email



# indeed For Em

## Jorge Breton Hondal applied

Irrigation Technician • Bountiful, UT

### Jorge Breton Hondal

- Relevant experience: Project Manager at Ground Level Inc.
- Applied to 2 of your other jobs

Irrigation | Driver's License | Landscaping

US work authorization

Maintenance

**Review application**

**View resume**

Manage settings

1

**Engage candidates from anywhere**

Download the free app.

 

By replying or using an indeedemail.com address, you acknowledge that the email conversation will become part of the corresponding Indeed Messaging thread and will be processed and analyzed according to Indeed's Cookie Policy, Privacy Policy, and Terms of Service.

      

© 2025 Indeed, Inc.
200 West 6th Street, Floor 36, Austin, TX 78701

Indeed processes and analyzes your activity in this email.

Indeed │ Privacy Policy │ Terms │ Help

Your Privacy Choices ☑☒