# EXHIBIT 15

| | |
|---|---|
| **From:** | Jorge Breton Hondal < ███████████████████ @indeedemail.com> |
| **Sent:** | Thursday, July 2, 2026 6:34 AM |
| **To:** | HR |
| **Subject:** | [Action required] New application for Irrigation Specialist- South Jordan, South Jordan, UT |

Some people who received this message don't often get email from conversation-jorgebretonhondal-cpexu@indeedemail.com.
Learn why this is important

**CAUTION :** External Originating Email



## Jorge Breton Hondal applied

Irrigation Specialist- South Jordan • South Jordan, UT

Relevant experience: Project Manager at Ground Level Inc.

### Qualifications

| Outdoor work experience | Driver's License |
|---|---|
| Water conservation | Irrigation |

**See full application**

**View resume**

Manage application update settings
No longer want application emails for this job? Ask the person who posted the job or your account admin to remove you from these application updates.

By replying or using an indeedemail.com address, you acknowledge that the email conversation will become part of the corresponding Indeed Messaging thread and will

1

be processed and analyzed according to Indeed's Cookie Policy, Privacy Policy, and Terms of Service.



© 2026 Indeed, Inc.
200 West 6th Street, Floor 36, Austin, TX 78701

Indeed processes and analyzes your activity in this email.

Indeed | Privacy Policy | Terms | Help

Your Privacy Choices