# EXHIBIT 18



**2021**

*AGO:* Total Identified Victims: 69

**2022**

*AGO:* Total Identified Victims: 26

**2023**

*AGO:* Total Identified Victims: 310

. In 2015, 2018, and 2021 the AGO, law enforcement partner, and ▮▮▮ victim service partner, were awarded DOJ grants to facilitate UTIP. Victim identification, investigations and prosecutions have steadily increased with the AGO, Homeland Security Investigation (HSI) and USAO increasing from 33 investigations and 5 prosecutions in 2015 to 54 investigations, 41 prosecutions and 24 convictions in 2023.