# EXHIBIT 19

An official website of the United States government, Department of Justice.  Here's how you know



**Home** / **Funding & Awards** / **Awards List**

# Utah Trafficking in Persons (UTIP) Task Force

## Award Information

**Awardee:** ATTORNEY GENERAL UTAH OFFICE OF
**Award #:** 15POVC-24-GK-01059-HT
**Funding Category:** Competitive Discretionary
**Location:** SALT LAKE CITY, UT
**Congressional District:** 1
**Status:** Open
**Funding First Awarded:** 2024
**Total funding (to date):** $999,994
**Original Solicitation:**
OVC FY24 Enhanced Collaborative Model (ECM) Task Force to Combat Human Trafficking

## Description of original award (Fiscal Year 2024, $999,994)

The Utah Trafficking In Persons (UTIP) Task Force's goal is to implement a coordinated victim-centered, trauma-informed approach through multidisciplinary collaboration to combat human trafficking in Utah through 1) Identifying victims of all human trafficking; 2) Investigating and prosecuting all forms of trafficking cases; 3) Providing comprehensive services to all trafficking victims; and 4) Providing training, increasing awareness and community outreach. To accomplish this goal the UTIP Task Force will 1) Develop, sustain, and strengthen co-leaders structure and coordination of ECM task force partnerships and activities; 2) Develop, implement, or revise a set of written protocols to guide overall task force functions; 3) Collect

data and conduct ongoing assessment activities; 4) Implement victim-centered, trauma-informed, and collaborative approaches; 5) Investigate, refer, and prosecute both sex and labor trafficking cases at local, state, tribal, and federal levels; and 6) Assist victims of sex and labor trafficking in achieving increased safety, independence, self-sufficiency, and well-being by providing appropriate services. The project will target human trafficking throughout the entire state of Utah. The intended beneficiaries are all Utah communities.

Through this project, the UTIP Task Force aims to expand task force effectiveness and build on current momentum to make statewide strides in will and capacity to address sex and labor trafficking.

*Date Created: September 20, 2024*



**U.S. DEPARTMENT OF JUSTICE**

OFFICE OF JUSTICE PROGRAMS