Jason W. Hardin (8793)
Jeffery B. Setness (20026)
Stephen P. Horvat (6249)
J. Mason Kjar (14227)
Trevor J. Adkins (18297)
FABIAN VANCOTT
95 South State Street, Ste. 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
jhardin@fabianvancott.com
jsetness@fabianvancott.com
shorvat@fabianvancott.com
mkjar@fabianvancott.com
tadkins@fabianvancott.com

Bradley R. Blackham (8703)
Andrew R. Hopkins (13748)
Assistant Utah Attorneys General
Derek E. Brown (10476)
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
bblackham@agutah.gov
arhopkins@agutah.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

RUDY LARSEN, an individual; JENA LARSEN, an individual; RUBICON CONTRACTING, LLC, a Utah limited liability company; SCANDIA COMPANY, LLC, a Utah limited liability company; and SMART RAIN SYSTEMS, LLC, a Utah limited liability company,

Plaintiffs,

v.

SEAN D. REYES, an individual; LEO LUCEY, an individual; MICHAEL ADAM JETER, an individual; and KAYTLIN VIRGINIA BECKETT, an individual,

Defendants.

**REQUEST TO SUBMIT FOR DECISION:**

**STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' MOTION FOR LEAVE TO TAKE EXPEDITED PRESERVATION DEPOSITIONS**

**<u>EXPEDITED RULING REQUESTED</u>**

Case No. 2:25-CV-00963-HCN-JCB

District Judge Howard C. Nielson, Jr.

Magistrate Judge Jared C. Bennett

Defendants Sean D. Reyes, Leo Lucey, Michael Adam Jeter, and Kaytlin Virginia Beckett (collectively, "**Defendants**") respectfully submit for decision the Stipulated Motion to Extend Defendants' Time to Respond to Plaintiffs' Motion for Leave to Take Expedited Preservation Depositions (the "Motion") and in support thereof state as follows:

1. Defendants filed the Motion on August 10, 2026 (Dkt. 67) together with a Proposed Order;

2. As the Motion was stipulated to by counsel, no opposition will be forthcoming.

5. Expedited Disposition of the Motion has been requested.

Accordingly, the Motion is ripe for decision and Defendants respectfully request the Court enter the Proposed Order filed with the Motion.

DATED this 10th day of August, 2026.

**FABIAN VANCOTT**

*<u>/s/ Stephen P. Horvat</u>*
Jason W. Hardin
Jeffery B. Setness
Stephen P. Horvat
J. Mason Kjar
Trevor J. Adkins
*Attorneys for Defendants*