# EXHIBIT 4

CRAIG L. BARLOW (213)
KAYTLIN BECKETT (16257)
CHÉ ARGUELLO (12412)
Assistant Attorneys General
DEREK BROWN (10476)
Utah Attorney General
5272 South College Drive, Suite 200
Murray, Utah 84123
Telephone: (801) 281-1200
Email: crbarlow@agutah.gov
chearguello@agutah.gov
kbeckett@agutah.gov
Attorneys for the State of Utah

---

**IN THE SECOND JUDICIAL DISTRICT COURT**

**IN AND FOR DAVIS COUNTY, STATE OF UTAH**

| | |
|---|---|
| **STATE OF UTAH**<br><br>Plaintiff,<br>v.<br><br>**RUDY LARS LARSEN**<br>**JENA MARIE LARSEN**<br>**BRANDON JOSEPH FLOYD**<br>**TYLER BRINKMAN**<br>**CLAYTON PHILLIPPS**<br>**ADAM PEREA**<br>**KIRK SIMMONS**<br><br>Defendants. | **MOTION TO DISMISS WITHOUT PREJUDICE PENDING FEDERAL INVESTIGATION**<br><br>Consolidated Case No. 231702289<br><br>Judge: RITA CORNISH |

State of Utah, by and through counsel of record, Craig L. Barlow, Kaytlin V. Beckett, and Che Arguello, Assistant Attorneys General, hereby move this Court for an order dismissing the pending state prosecution without prejudice.

The Civil Rights Division-Human Trafficking Prosecution Unit of the Department of Justice and the Department of Homeland Security's Center for Counter Human Trafficking has initiated a federal investigation into the matter. The State of Utah now defers to the Department

of Justice and their pending investigation, and moves to dismiss the pending state litigation without prejudice.

DATED this 4th day of February 2025.

DEREK E. BROWN
Utah Attorney General

/s/ *Craig L. Barlow*
CRAIG L. BARLOW
Justice Division Director
Assistant Utah Attorney General

/s/ *Che Arguello*
CHE ARGUELLO
Assistant Utah Attorney General

/s/ *Kaytlin V. Beckett*
KAYTLIN V. BECKETT
Assistant Utah Attorney General

Document 30-1 Filed 02/11/26 PageID.932

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 4, 2025, the foregoing **MOTION TO DISMISS WITHOUT PREJUDICE PENDING FEDERAL INVESTIGATION** was electronically filed in the court's e-file system and delivered to the parties of record.