Jason W. Hardin (8793)
Jeffery B. Setness (20026)
Stephen P. Horvat (6249)
J. Mason Kjar (14227)
Trevor J. Adkins (18297)
FABIAN VANCOTT
95 South State Street, Ste. 2300
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
jhardin@fabianvancott.com
jsetness@fabianvancott.com
shorvat@fabianvancott.com
mkjar@fabianvancott.com
tadkins@fabianvancott.com

Andrew R. Hopkins (13748)
Assistant Utah Attorney General
Derek E. Brown (10476)
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
arhopkins@agutah.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

RUDY LARSEN, an individual; JENA LARSEN, an individual; RUBICON CONTRACTING, LLC, a Utah limited liability company; SCANDIA COMPANY, LLC, a Utah limited liability company; and SMART RAIN SYSTEMS, LLC, a Utah limited liability company,,

Plaintiffs,

v.

SEAN D. REYES, an individual; LEO LUCEY, an individual; MICHAEL ADAM JETER, an individual; and KAYTLIN VIRGINIA BECKETT, an individual,

Defendants.

**NOTICE OF SUPPLEMENTAL AUTHORITIES OPPOSING MOTION FOR EXPEDITED DEPOSITIONS**

Case No. 2:25-CV-00963-HCN-JCB

District Judge Howard C. Nielson, Jr.

Magistrate Judge Jared C. Bennett

Pursuant to Local Rule 7-1(c), Defendants hereby direct the Court to three pertinent and significant authorities that have recently come to Defendants' attention relevant to Defendants'

Opposition to Plaintiffs' Motion for Leave to Take Expedited Preservation Depositions. ("Opposition," Dkt. 70.) Plaintiffs' Motion, Dkt. 66, is set for oral argument on Tuesday, September 22, at 2 p.m.

A. 8 C.F.R. §§ 214.14(g)(1), 214.203(a).

These regulatory provisions pertain to the argument at pages 9-10 of the Opposition, that Plaintiffs have failed to establish that any of the individuals subject to the Motion will need to leave the United States imminently. The provisions provide important background for understanding the mechanisms by which human trafficking victims and witnesses are allowed to stay in the United States when they are assisting in criminal investigations. Two of these mechanisms are "T-visas" and "U-visas." The two C.F.R. sections show that T- and U-visas are granted for a period of four years. (Exhibit 4 to Plaintiffs' Motion is a certification in support of a U-visa application.)

B. Department of Homeland Security, Center for Countering Human Trafficking, *Continued Presence Resource Guide*, September 2023. (Ex. A hereto; link available at https://www.dhs.gov/sites/default/files/2025-03/25_0321_ccht_Continued-Presence-Resource-Guide-update-Feb-2025_v2_508.pdf.)

This authority is likewise pertinent to the argument at pages 9-10 of the Opposition. The Guide explains "Continued Presence" status, another way for individuals to obtain permission to remain in the United States pending criminal investigations. This authority shows that Continued Presence status requires the involvement of the federal DHS Homeland Security Investigations division and is granted for two years. (Exhibit 8 to Plaintiffs' Motion is a copy of a Conptinued Presence grant.)

DATED this 14th day of September, 2026.

**FABIAN VANCOTT**

*/s/ Stephen P. Horvat*
Jason W. Hardin
Jeffery B. Setness
Stephen P. Horvat
J. Mason Kjar
Trevor J. Adkins
*Attorneys for Defendants*