David W. Tufts (#8736)
Lyndon R. Bradshaw (#15097)
DENTONS DURHAM JONES PINEGAR P.C.
111 S. Main Street, Suite 2400
Salt Lake City, UT 84111
(801) 415-3000
david.tufts@dentons.com
lyndon.bradshaw@dentons.com

Stephen R. McAllister (*pro hac vice*)
DENTONS U.S. LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111-7700
(816) 460-2400
stephen.mcallister@dentons.com

Keith M. Woodwell (#7353)
Jake Taylor (#10840)
Katherine E. Pepin (#16925)
Vicki B. Zgodny (#19753)
CLYDE SNOW & SESSIONS
201 South Main Street, #2200
Salt Lake City, UT 84111
(801) 322-2516
kmw@clydesnow.com
jst@clydesnow.com
kep@clydesnow.com
vbz@clydesnow.com

*Attorneys for Plaintiffs Rudy Larsen, Jena Larsen, Rubicon Contracting, LLC, Scandia Company, LLC, and Smart Rain Systems, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RUDY LARSEN, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN D. REYES, et. al.,<br><br>Defendants. | **PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITIES OPPOSING MOTION FOR EXPEDITED DEPOSITIONS**<br><br>Case No. 2:25-cv-00963-HCN-JCB<br><br>District Judge Howard C. Nielson, Jr.<br>Magistrate Judge Jared C. Bennett |

Pursuant to Local Rule 7-1(c)(2), Plaintiffs hereby respond to Defendants' *Notice of Supplemental Authorities Opposing Motion for Expedited Depositions* (Dkt. 74) to provide the following pertinent and significant authorities that have come to Plaintiffs' attention.

**A. 22 U.S.C. § 7105(c)(3)(A)(i); 28 C.F.R. § 1100.35(a).**

These provisions govern Continued Presence ("CP"), the designation reflected in Exhibit 8 to Plaintiffs' Motion. CP exists only where "a Federal law enforcement official files an

application stating that an alien is a victim of a severe form of trafficking and may be a potential witness to such trafficking," and only "to facilitate the investigation and prosecution of those responsible for such crime." 22 U.S.C. § 7105(c)(3)(A)(i); 28 C.F.R. § 1100.35(a). Defendants' Exhibit A confirms that:

- "[o]nly law enforcement officers (LEOs) may request Continued Presence" or its extension (Dkt. 74-1, PageID.978);
- that the requesting agency receives the recipient's federal documents, monitors the recipient's residence and workplace, and seeks any extension 60–90 days before expiration (*id.*, PageID.979–82);
- that CP authorizes presence "during the investigation" and during any civil action under 18 U.S.C. § 1595 (*id.*, PageID.975);
- that CP is revoked when, among other grounds, the recipient "departs the United States without Advance Parole" or "is no longer identified as a trafficking victim" (*id.*, PageID.982–83); and
- that 8 U.S.C. § 1367 bars disclosure of "any information" about CP recipients, including that a record exists (*id.*, PageID.983).

The approval notice in Exhibit 8 is addressed "c/o SA ALAN BELCHER UTAH ATTY GEN OFF," lists that office as the recipient's address of record, and shows CP valid February 7, 2025 through February 6, 2027. (Dkt. 66-8, PageID.697–98.) The state prosecution was dismissed on February 24, 2025, and the Department of Justice has since declined prosecution. (Dkt. 66-9, PageID.700.) *See* **Exhibit A**, attached hereto.

**B. 8 U.S.C. § 1184(p)(1)–(2); 8 C.F.R. § 214.14(c)(2)(i), (d)(2), (g)(2)(ii), (h)(2)(i)(A).**

A U-visa petition "shall contain a certification" from a law enforcement official that the petitioner "has been helpful, is being helpful, or is likely to be helpful" in "the investigation or prosecution". 8 U.S.C. § 1184(p)(1). The certification must be "signed by a certifying official within the six months immediately preceding the filing" of the petition, 8 C.F.R. § 214.14(c)(2)(i). Grants are capped at 10,000 per fiscal year, with petitions beyond the cap placed

on a waiting list, 8 U.S.C. § 1184(p)(2)(A) & 8 C.F.R. § 214.14(d)(2); status may be extended beyond the four-year period upon a renewed attestation from the certifying official, 8 C.F.R. § 214.14(g)(2)(ii); and approved status may be revoked where "[t]he certifying official withdraws the U non-immigrant status certification….or disavows the contents in writing." *Id.* § 214.14(h)(2)(i)(A). Exhibit 4 is such a certification—not a visa—executed July 3, 2024, by the Utah Attorney General's Office (Detective Alan Belcher), describing the case as "On-going." (Dkt. 66-4, PageID.684, 687.) The four-year period cited in Defendants' Notice, 8 C.F.R. § 214.14(g)(1), applies to status USCIS has granted.

**C. 8 U.S.C. § 1101(a)(15)(T)(i)(I), (III)(aa); 8 C.F.R. §§ 214.212(a)(1), 214.213(b)(1), (3)–(4).**

T-visa eligibility requires that the applicant be a "victim of a severe form of trafficking in persons" who "has complied with any reasonable request for assistance in the Federal, State, or local investigation or prosecution of acts of trafficking." 8 U.S.C. § 1101(a)(15)(T)(i)(I), (III)(aa). Status may be extended beyond the four-year period on law-enforcement grounds only where an agency certifies that the applicant's presence "is necessary to assist in the detection, investigation, or prosecution" of the trafficking, 8 C.F.R. § 214.212(a)(1), and approved status may be revoked where the approval violated the statutory requirements, where a law enforcement agency notifies USCIS that the applicant has refused to comply with reasonable requests to assist, or where the agency withdraws or disavows its declaration. *Id.* § 214.213(b)(1), (3)–(4). No exhibit reflects that any witness at issue holds T-visa status.

DATED: September 18, 2026.

CLYDE SNOW & SESSIONS
*/s/ Jake Taylor*
Keith M. Woodwell
Jake Taylor
Katherine E. Pepin
Vicki B. Zgodny

DENTONS DURHAM JONES PINEGAR P.C.
David W. Tufts
Lyndon R. Bradshaw
DENTONS U.S. LLP
Stephen R. McAllister

*Attorneys for Plaintiffs Rudy Larsen, Jena Larsen, Rubicon Contracting, LLC, Scandia Company, LLC, and Smart Rain Systems, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of September, 2026, I caused to be served a true and correct copy of the foregoing document through this Court's automatically electronic service system to those parties listed on the Court's Master Service List.

/s/ *Doug J. Layne*
Doug J. Layne
Legal Assistant