**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **RUDY LARSEN, an individual; et al.,**<br>**Plaintiffs,**<br>**v.**<br>**SEAN D. REYES, an individual; et al.,**<br>**Defendants.** | **ORDER**<br>**Case No. 2:25-cv-00963-HCN-JCB**<br>**District Judge Howard C. Nielson, Jr.**<br>**Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] The court held a hearing on September 22, 2026, regarding Plaintiff's Motion to Take Deposition.[2] After hearing from counsel, the court took the motion[3] under advisement and ordered the parties to submit supplemental briefing regarding the degree to which the eighteen proposed deponents identified in the motion are "about to leave the country" as contemplated under Fed. R. Civ. P. 30(a)(2)(A)(iii). Accordingly, the court ORDERED as follows:

(1) By October 7, 2026, Plaintiffs shall file under seal briefing that contains additional information regarding the eighteen proposed deponents' plans to depart from the United States, including the timing, if known, and the proposed deponents' immigration statuses where that informs the timing of the deponents' planned departures.

[1] ECF No. 19.

[2] ECF No. 76.

[3] ECF No. 66.

(2) No later than two weeks after Plaintiffs serve the above-referenced supplemental briefing, Defendants may file a response.

(3) Plaintiffs may not file a reply memorandum.

(4) Neither Plaintiffs' supplement nor Defendants' response may exceed five pages of argument, exclusive of caption, signature block, and exhibits.

IT IS SO ORDERED

DATED this 22nd day of September 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge